**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MATTHEW HANSEN,               :
                                     :     CIVIL ACTION
             Plaintiff,           :
                                     :
   v.                             :
                                     :     NO.  15-3987
BOROUGH OF BRIDGEPORT and    :
BRIDGEPORT POLICE DEPARTMENT,  :
                                     :
          Defendants.        :

## <u>ORDER</u>

    **AND NOW**, this 5th day of *January*, 2016, upon consideration of the Motion to Dismiss by Defendants Borough of Bridgeport and Bridgeport Police Department (collectively, "Defendants") (Docket No. 3), and Plaintiff Matthew Hansen ("Plaintiff")'s Response in Opposition (Docket No. 6), it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss Counts One and Two of Plaintiff's Complaint is **DENIED**;

2. Defendants' Motion to Dismiss the Bridgeport Police Department as a defendant is **DENIED WITHOUT PREJUDICE**;

3. Defendants' Motion to Dismiss Plaintiff's claim for emotional distress damages in connection with the ADEA claim in Count One is **GRANTED**; and

4. Defendants have twenty (20) days in which to file an Answer to the entirety of Plaintiff's Complaint.

    It is so **ORDERED**.

                               BY THE COURT:

                                 ***s/ Ronald L. Buckwalter***      
                                RONALD L. BUCKWALTER, S.J.